| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Freudenthal, Nancy D. | 2. Court or Organization<br><br>District of Wyoming | 3. Date of Report<br><br>12/7/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Distrct Judge - Nominee | 5a. Report Type (check appropriate type)<br><br>[✓] Nomination, Date 12/3/2009<br>[ ] Initial [ ] Annual [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>11/30/2009 |
| 7. Chambers or Office Address<br><br>Davis & Cannon, LLP<br>422 W. 26th Street<br>Cheyenne, WY 82001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Davis & Cannon, LLP |
| 2. Member | K&N, LLC |
| 3. President | Leadership to Keep Children Alcohol Free |
| 4. Co-Chairman | Leadership to Keep Children Alcohol Free |
| 5. Representative | Wyoming First Lady's Initiative |
| 6. Officer | National Governors' Spouses Leadership Committe |
| 7. Representative | Western States Arts Federation |
| 8. Representative | Wyoming 2-1-1 Leadership Group |
| 9. Director | Wyoming Governor's Residence Foundation |
| 10 Representative | UW Art Museum National Advisory Board |
| 11 Director | Wyoming Women's Foundation |
| 12 Representative | Wyoming Carbon Sequestration Working Group |
| 13 Trustee | Trust #1 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. 2003 | State of Wyoming Retirement Plan with former employer, no control, agreement signed in 2003. |
| 2. 2005 | Amended & Restated Partnership Agreement with Davis & Cannon, LLP, no control. Will request immediate payment of amounts due. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 12/7/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Davis & Cannon - gross partner distributions | $140,391.93 |
| 2. 2008 | Davis & Cannon, LLP - gross partner distributions | $149,612.52 |
| 3. 2009 | Davis & Cannon, LLP - gross partner distributions to 11/30/09 | $103,677.05 |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | State of Wyoming - salary |
| 2. 2009 | State of Wyoming - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 12/7/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Security State Bank of Gillette | unsecured construction loan | J |
| 2. American National Bank | contingent liability secured by assets owned by K&N, LLC | N |
| 3. First Interstate Bank | contingent liability - unsecured line of credit for Davis & Cannon, LLP | J |
| 4. Security State Bank of Gillette | contingent liability - mortgage on Iowa property | L |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
Page 5 of 8

Name of Person Reporting

Freudenthal, Nancy D.

Date of Report

12/7/2009

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Credit Union cash accounts (reporter & spouse) | A | Interest | K | T | Exempt | | | | |
| 2. Ameriprise cash equivalents (reporter) | A | Int./Div. | K | T | | | | | |
| 3. RVS Divers Equity Inc -A (reporter) | A | Int./Div. | J | T | | | | | |
| 4. RVS Dividend Opp - A (reporter) | A | Int./Div. | J | T | | | | | |
| 5. RiverSource Life Annuity (reporter) | | None | M | T | | | | | |
| 6. RiverSource Life Annuity IRA (reporter) | | None | L | T | | | | | |
| 7. RiverSource Life Annuity IRA (spouse) | | None | N | T | | | | | |
| 8. AEPGX Mutual Fund (401K) (reporter) | A | Int./Div. | K | T | | | | | |
| 9. CABDX Mutual Fund (401(K) (reporter) | A | Int./Div. | J | T | | | | | |
| 10. ADGAX Mutual Fund (401K) (reporter) | A | Int./Div. | J | T | | | | | |
| 11. CWGIX Mutual Fund (401K) (reporter) | B | Int./Div. | K | T | | | | | |
| 12. SEVAX Mutual Fund (401K) (reporter) | A | Int./Div. | J | T | | | | | |
| 13. AGTHX Mutual Fund (401K) (reporter) | A | Int./Div. | K | T | | | | | |
| 14. NEWFX Mutual Fund (401K) (reporter) | A | Int./Div. | K | T | | | | | |
| 15. NYVTX Mutual Fund (401K) (reporter) | A | Int./Div. | K | T | | | | | |
| 16. NFJ Closed End Mutual Fund (401K) (reporter) | A | Int./Div. | J | T | | | | | |
| 17. GECapCorp Bonds (401K) (reporter) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 12/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Citigroup Capital X 173064205 (401K) (reporter) | A | Int./Div. | J | T | | | | | |
| 19. Keycorp Cap V 49327J200 (401(K) (reporter) | A | Int./Div. | J | T | | | | | |
| 20. Wyoming State Retirement (reporter) | D | Interest | M | T | | | | | |
| 21. Wyoming State Retirement (spouse) | D | Interest | L | T | | | | | |
| 22. Deferred Comp (spouse) BGI LifePath Ind. 2035 Fund M | | None | M | T | | | | | |
| 23. Rental property in Cheyenne, Laramie County, Wyoming | D | Rent | N | S | | | | | |
| 24. K&N, LLC | C | Distribution | L | U | | | | | |
| 25. Davis & Cannon, LLP | | None | J | W | | | | | |
| 26. Mass Mutual Life Insurance (spouse) | B | Dividend | M | T | | | | | |
| 27. ING Life Insurance (spouse) | B | Interest | K | T | | | | | |
| 28. Cash & Sweep Balance-Wells Fargo (401K) (reporter) | A | Interest | J | T | | | | | |
| 29. Dependent cash account | A | Interest | J | T | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part I. and VII. The assets associated with Trust #1 is not reported because I have no present right or interest in any income or principle. Any interest I may have to the income or principle associated with the assets in the Trust is contingent and the future is uncertain by survivorship.

Part VII, #23 - The value of the property located in Cheyenne, Laramie County, Wyoming, has been estimated using the Laramie County Assessor's 2009 estimate of fair market value of $365,441.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 67 | 081 | Notes payable to banks-secured | | 1 | 174 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 18 | 137 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 4 | 000 |
|   Due from relatives and friends | | 34 | 259 | Unpaid income tax | | | |
|   Due from others | | | | Other unpaid income and interest | | | |
|   Doubtful | | 4 | 000 | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | | 360 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 200 | 000 | | | | |
| Cash value-life insurance | | 148 | 659 | | | | |
| Other assets itemize: | | | | | | | |
| K&N, LLC | | 58 | 000 | | | | |
| Retirement accounts (see attached schedule) | 1 | 196 | 707 | | | | |
| | | | | Total liabilities | | 515 | 751 |
| | | | | Net Worth | 1 | 571 | 092 |
| Total Assets | 2 | 086 | 843 | Total liabilities and net worth | 2 | 086 | 843 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 497 | 377 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | 13 | 200 | | | | |
| Other special debt | | | | | | | |